**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ENDURANCE AMERICAN INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) HAWKINS WAY CAPITAL, LLC, 613 NORTH ) WELLS STREET, LLC. d/b/a FOUND HOTEL, ) THE HWOOD GROUP, LLC; JOEL BROWN, ) individually, KENNETH LUNN, individually, ) and ROBERT J. BRESSINGHAM, ) ) Defendants. ) | Case Number: 1:25-cv-13191 |

## NOTICE OF DISMISSAL

Plaintiff, Endurance American Insurance Company ("Endurance"), by and through its counsel, Cozen O'Connor, hereby dismisses its claims against Defendants without prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i).

Respectfully submitted,

**Endurance American Insurance Company**

By:   /s/ Kimberly Hansen Petrina
         One of its Attorneys

Dated: November 18, 2025

Kimberly H. Petrina   (ARDC #6287085)
Cozen O'Connor
123 N. Wacker Dr., Suite 1800
Chicago, Illinois 60606
Tel: (312) 382-3100
Email: kpetrina@cozen.com